| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Miguel Angel Rincones Fuenmayor<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–6042 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anniangell Claret Lopez Velaquez<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2148 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Utah | | Date case filed for chapter 13: | 5/5/23 |
| Case number:   23–21806  JTM | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov). Case status information is available at no charge by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Miguel Angel Rincones Fuenmayor | Anniangell Claret Lopez Velaquez |
| 2. | All other names used in the last 8 years | aka Miguel Rincones Fuenmayor, aka Miguel A Rincones Fuenmayor, aka Miguel Rincones | aka Anniangell C Lopez Velaquez, aka Anniangell Lopez Velaquez |
| 3. | Address | 5658 West 8030 South, Apt E104<br>West Jordan, UT 84081 | 5658 West 8030 South, Apt E104<br>West Jordan, UT 84081 |
| 4. | Debtor's attorney<br>Name and address | Andrew T. Curtis<br>Lincoln Law<br>921 West Center Street<br>Orem, UT 84057 | Contact phone (801) 224–8282<br><br>Email: lincolnlaw.orem.atc@gmail.com |
| 5. | Bankruptcy trustee<br>Name and address | Lon Jenkins tr<br>Ch. 13 Trustee's Office<br>465 South 400 East<br>Suite 200<br>Salt Lake City, UT 84111 | Contact phone 801–596–2884<br><br>Email: utahtrusteemail@ch13ut.org |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

Official Form 309I   Notice of Chapter 13 Bankruptcy Case                                                                page 1
Date Generated: 5/12/23                                                          For more information, see page 2 >

Debtor **Miguel Angel Rincones Fuenmayor** and **Anniangell Claret Lopez Velaquez**　　　　　Case number **23–21806**

| | | |
|---|---|---|
| **7. Meeting of creditors**　Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.　All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed. | Meeting to be held on:　**Jun. 9, 2023** at **10:00 AM**　Location:　**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (385) 832–9074, Enter Meeting ID 437 037 6107, and Passcode 3375693596** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Deadlines**　The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**　You must file:　• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or　• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/8/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/14/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/1/23** |
| | **Deadlines for filing proof of claim:**　A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.　If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.　Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**　The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** | The debtor has filed a plan.　The hearing on confirmation will be held on: **7/18/23** at **10:00 AM**　Location: **This meeting is by Zoom. Go to, ZoomGov.com/join or call 1+(669)254–5252, Enter Meeting ID 161 5478 8875, Passcode 3834658** | |
| **Objections to Confirmation** | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Official Form 309I　**Notice of Chapter 13 Bankruptcy Case**　　　　　page 2

United States Bankruptcy Court<br>District of Utah

In re:  Case No. 23-21806-JTM
Miguel Angel Rincones Fuenmayor  Chapter 13
Anniangell Claret Lopez Velaquez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: May 12, 2023     Form ID: 309I     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Miguel Angel Rincones Fuenmayor, Anniangell Claret Lopez Velaquez, 5658 West 8030 South, Apt E104, West Jordan, UT 84081-5957 |
| 12222027 | | Chartway Federal Credit Union, 5700 Cleveland Street, Midvale, UT 84047 |
| 12222029 | + | Deseret First Credit Union, 143 E Social Hall Ave, Salt Lake City, UT 84111-1503 |
| 12222032 | + | Fast Start Auto, Inc, 7755 S State Street, Midvale, UT 84047-3254 |
| 12222036 | + | Jordan Credit Union, Po Box 1888, Sandy, UT 84091-1888 |
| 12222037 | + | Jordan Fed Credit Union, 9260 S 300 E, Sandy, UT 84070-2917 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lincolnlaw.orem.atc@gmail.com | May 12 2023 23:19:00 | Andrew T. Curtis, Lincoln Law, 921 West Center Street, Orem, UT 84057 |
| tr | + | Email/Text: bnc@ch13ut.org | May 12 2023 23:20:00 | Lon Jenkins tr, Ch. 13 Trustee's Office, 465 South 400 East, Suite 200, Salt Lake City, UT 84111-3345 |
| 12222023 | + | Email/Text: bankruptcy@rentacenter.com | May 12 2023 23:21:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 12222024 | + | Email/Text: bankruptcy@acimacredit.com | May 12 2023 23:21:00 | Acima Digital Fka Simp, 13907 Minuteman Dr 5th F, Draper, UT 84020-9869 |
| 12222025 | + | Email/Text: e-bankruptcy@americafirst.com | May 12 2023 23:20:00 | America First Credit Union, 1344 West 4675 South, Riverdale, UT 84405-3690 |
| 12222026 | + | EDI: BANKAMER.COM | May 13 2023 03:10:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 12224215 | | EDI: BANKAMER.COM | May 13 2023 03:10:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 12222028 | | Email/PDF: creditonebknotifications@resurgent.com | May 12 2023 23:24:11 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 12222030 | | EDI: DISCOVER.COM | May 13 2023 03:10:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 12222033 | | Email/Text: mhassan@faicollect.com | May 12 2023 23:20:00 | Financial Assistance, 1130 140th Ave Ne Ste 10, Bellevue, WA 98005 |
| 12222031 | + | Email/Text: bankruptcy@fco.com | May 12 2023 23:20:00 | Fair Collections & Out, 12304 Baltimore Ave Ste, Beltsville, MD 20705-1314 |
| 12222034 | + | EDI: AMINFOFP.COM | May 13 2023 03:10:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 12222035 | | EDI: IRS.COM | May 13 2023 03:10:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: 309I | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 12222038 | + | Email/Text: bureauknight@yahoo.com | May 12 2023 23:20:00 | Knight Adjustment Bureau, 5525 S 900 E Ste 215, Salt Lake City, UT 84117-3500 |
| 12222039 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2023 23:24:12 | Lvnv Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 12222040 | + | Email/Text: clarson@macu.com | May 12 2023 23:20:00 | Mountain America Credit Union, Attn Asset Management/Bankruptcy, PO Box 2331, Sandy, UT 84091-2331 |
| 12222041 | + | Email/Text: bkclerk@north-american-recovery.com | May 12 2023 23:20:00 | North American Recovery, 1600 W 2200 S Ste 410, West Valley City, UT 84119-7240 |
| 12222042 | | EDI: PRA.COM | May 13 2023 03:10:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 12222043 | + | Email/Text: ebn@recoupasset.com | May 12 2023 23:20:00 | Timberline Financial Inc., 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 12222044 | | EDI: UTAHTAXCOMM.COM | May 13 2023 03:10:00 | Utah State Tax Commission, Taxpayer Services Division, 210 N 1950 W, Salt Lake City, UT 84134-3340 |
| 12222045 | + | EDI: VERIZONCOMB.COM | May 13 2023 03:10:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023                    Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew T. Curtis | on behalf of Debtor Miguel Angel Rincones Fuenmayor lincolnlaw.orem.atc@gmail.com ecf.ut.t6@sitekitmail.com;ecf.ut.t7@sitekitmail.com;ecf.ut.t8@sitekitmail.com;andrewcurtis.ut.bdcf@freelooks.counselkit.com;andrewcurtis.ut.8130@freelooks.counselkit.com;ck.freelooks+ut+atc@gmail.com |
| Andrew T. Curtis | on behalf of Joint Debtor Anniangell Claret Lopez Velaquez lincolnlaw.orem.atc@gmail.com ecf.ut.t6@sitekitmail.com;ecf.ut.t7@sitekitmail.com;ecf.ut.t8@sitekitmail.com;andrewcurtis.ut.bdcf@freelooks.counselkit.com;andrewcurtis.ut.8130@freelooks.counselkit.com;ck.freelooks+ut+atc@gmail.com |
| Lon Jenkins tr | ecfmail@ch13ut.org  lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

District/off: 1088-2 User: admin Page 3 of 3
Date Rcvd: May 12, 2023 Form ID: 309I Total Noticed: 27
TOTAL: 4